JOHN RODNEY, Administrator d. b. n. of Luke Shields, v. WILLIAM SHANKLAND, Executor of Mary Neill, who was Executrix of Henry Neill, and ELIZABETH WRIGHT and FRETWELL WRIGHT, Executors of Peter F. Wright, and DANIEL RODNEY, Administrator of Henry Fisher.

Court of Chancery.   Sussex.   July 24, 1818.

*Ridgely's Notebook II, 180.*

JAMES BOYER and ELIZABETH, his Wife, late Elizabeth Eynon, v. THOMAS WALLACE, Administrator of John Wilds, formerly Guardian of Elizabeth Eynon.

Orphans' Court.   Kent.   August 12, 1818.

*Ridgely's Notebook II, 224.*

JOHN WARNER, WILLIAM WARNER, and JOHN WARDELL v. ABRAHAM ALLEE, and PRESLEY ALLEE, Administrators of Jonathan Allee, and GEORGE P. DAINES.

Court of Chancery.   Kent.   August 13, 1818.

*Ridgely's Notebook II, 228.*